COMMONWEALTH *vs.* CHARLES L. BEAN.

Suffolk. February 1. — 2, 1875. AMES & DEVENS, JJ., absent.

It is no defence to an indictment under the Gen. Sts. c. 161, § 43, for receiving stolen goods, that the defendant, knowing them to have been stolen and to aid in concealing them, received them as a friendly act, without benefit to himself or any intent to receive benefit.

COMPLAINT on the Gen. Sts. c. 161, § 43, charging the defendant with receiving a pair of eye-glasses, knowing them to have been stolen.

At the trial in the Superior Court, on appeal, before *Lord*, J. there was evidence tending to show that the defendant received the eye-glasses from one Daniels, knowing them to have been stolen, as a friendly act and without emolument or benefit to the defendant, or any intent to receive benefit on his part; but only that they were taken to aid Daniels in concealing them.

The defendant asked the judge to rule that, if such was the case, it did not constitute the offence of receiving stolen goods within the statute. The judge declined so to rule, but instructed the jury that the defendant's motive was immaterial, if he received them knowing them to have been stolen, and for the purpose of aiding Daniels in concealing them. The jury returned a verdict of guilty, and the defendant alleged exceptions.

*J. H. Butler*, for the defendant.

*C. R. Train*, Attorney General, for the Commonwealth.

ENDICOTT, J. The statute provides that whoever receives or aids in the concealment of stolen goods, knowing the same to have been stolen, shall be punished. Gen. Sts. c. 161, § 43.

The ruling at the trial was correct. There was evidence that the defendant received the eye-glasses from Daniels, knowing them to have been stolen, and aided Daniels in their concealment. That he did this as a friendly act to Daniels, without any benefit or intent to receive benefit himself, is immaterial.

*Exceptions. overruled.*